IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - BOND HEARING

Case No.: 7:15-cr-102       Date: 4/25/2016

**Defendant:** Jason Dee Howell, custody        **Counsel:** Stuart Pearons, retained

PRESENT:   JUDGE:            Robert S. Ballou    TIME IN COURT: 28 min
           Deputy Clerk:     K. Brown
           Court Reporter:   K. Brown/FTR
           U. S. Attorney:   Andrew Bassford
           USPO:             Reno Scott
           Case Agent:       Charlie Sanders
           Interpreter:

## BOND HEARING

☒  Bond hearing held. See below.
☒  Bond denied. Defendant remanded to custody.

**Additional Information:**
3:10
Defendant's motion for Reconsideration of Bond.
Parties present and represented by counsel.

Government recaps reasons for wanting detention. Defendant clarifies details of Maryland stop.

Evidence. Carolyn Grawcheck, sworn. Home plan to live at Matson Drive, Marion VA with both parents. Tabitha Riffy also available for help with parents and to keep eyes on defendant. No Cross. Court addresses witness. No redirect. No further evidence.

Argument.

Court addresses defendant. Sufficient change of circumstance to re-hear bond evidence due to new home plan. Court previously found defendant to be a flight risk and a danger to the community. New home plan is not sufficient to overcome the signficance of reasons for detention based on amounts of drugs and money. Order of detention previously entered remains in place. Defendant advised of right to appeal.

Adjourned.
3:38